PHILLIP A. TALBERT
Acting United States Attorney
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHERRY LYNN HERBERT<br><br>Defendant. | CASE NO. 1:17-CR-00243-003-NONE<br><br>MOTION TO DISMISS AND ORDER |

As part of the Plea Agreement between by the United States and co-defendant Andrea Todd (Doc 63), co-defendant Todd agreed to enter a plea of guilty to Count Four of the Indictment. *Id.* at 2. In return, the United States agreed to move, at the time of sentencing, for dismissal of all counts in the Indictment against defendant. *Id.* at 5.

Co-defendant Todd entered a plea of guilty in April 2021. Doc. 83. The Court sentenced co-defendant on August 27, 2021. Accordingly, pursuant to the Plea Agreement, the United States moves to dismiss all charges against the defendant.

A proposed order appears below.

                                                                Respectfully submitted,

                                                                PHILLIP A. TALBERT
                                                                Acting United States Attorney

DATED: August 27, 2021                        By:    /s/ Michael G. Tierney_____
                                                                        Michael G. Tierney
                                                                        Assistant United States Attorney

1

## ORDER

**IT IS SO ORDERED.** All Charges in the Indictment as to this Defendant are hereby DISMISSIED.

IT IS SO ORDERED.

Dated:  **August 27, 2021**

_____
UNITED STATES DISTRICT JUDGE